## Commonwealth, Appellant, *v.* Jacobs.

Argued September 10, 1969. *William H. Lamb,* Assistant District Attorney, with him *Norman J. Pine,* District Attorney, for Commonwealth, appellant; *Thomas M. Twardowski,* with him *Robert W. Lentz,* and *Lentz, Riley, Cantor, Kilgore & Massey,* for appellee.

Order affirmed.

## Commonwealth *v.* Jamison, Appellant.

Argued September 8, 1969. *Lionel B. Gumnit,* for appellant; *James D. Crawford,* Assistant District Attorney, with him *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.